1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE BRANCH

| | |
|---|---|
| UNITED STATES OF AMERICA, For the Use of TECHNO COATINGS, INC., a California corporation, | Case No.:  **CV 12-04044** |
| Plaintiff, | **ORDER ALLOWING INSTALLATION OF TECHNICAL EQUIPMENT FOR TRIAL** |
| vs. | |
| AMEC ENVIRONMENT AND INFRASTRUCTURE, INC., etc., et. al., | [Re:  Dkt. No. 126] |
| Defendants. | Trial Date:   February 24, 2014 |
| ——————————————— | Time:          8:30 A.M. |
| And related counterclaim. | Dept:          Courtroom 1 |

        IT IS HEREBY ORDERED that ABC Rental Technologies aka ABC Technology Rentals, may enter the Court, Courtroom No. 1, on February 21, 2014, and may install and test the equipment listed on the attached Exhibit "A" in Courtroom No. 1 for the use at trial in the above entitled matter by United States Of America, For the Use Of Techno Coatings, Inc. and Counter-Defendant, Techno Coatings, Inc. (hereinafter "Plaintiff" or "TCI") and /or Defendants, Fidelity and

Deposit Company of Maryland, and The Insurance Company of The State of Pennsylvania, and Defendant and Counterclaimant, AMEC Environment and Infrastructure, Inc. (collectively "Defendants").

IT IS FURTHER ORDERED that ABC Rental Technologies aka ABC Technology Rentals may again enter the Court, Courtroom No. 1, to remove the listed equipment at the conclusion of the trial in this matter.

DATED: _____February 13, 2014_____     _____

Honorable Howard R. Lloyd
United States District Court Magistrate Judge

ORDER FOR INSTALLATION OF TECHNICAL EQUIPMENT FOR TRIAL

**ABC Technology Rentals**

7910 Enterprise Drive
Newark, CA 94560
510-887-8707



# JOB PROPOSAL

| Invoice to: | Delivery Address: | Job # 11295 |
|---|---|---|

| | | |
|---|---|---|
| Monteleone & McCroy , LLP<br>725 South Figueroa Street,<br>Los Angeles, CA 90017<br><br>**Contact:** Gigi Miserantino<br>**Phone:** (213) 612-9900<br>**Email:** miserantino@mmlawyers.com | San Jose Courthouse<br>280 South 1st Street<br>Los Angeles, CA, 90017<br>**Room:** Courtrrom 1 or 2<br><br>**Contact:** Gigi Miserantino<br>**Phone:** (213) 612-9900<br>**Cell:**<br>**Email:** miserantino@mmlawyers.com | **Order Status:** Active<br>**Order Date:** 02/10/2014<br>**Sales Person:** Pramel Patel<br>**Sales Person**<br>**Email:** ppatel@abctechrentals.com<br><br>**PO#:**<br>**Payment Type:**<br>**Terms:** |

| Delivery Date & Time<br>2/20/2014, | Set By Date & Time<br>2/21/2014, | Event Date & Time |
|---|---|---|
| Strike Date & Time<br>3/21/2014, | Return Date & Time<br>3/21/2014, | Job Modified Date |

## JOB DESCRIPTION: Judge Lloyds Courtroom

| Quantity | Description | Duration | Price | Subtotal |
|---|---|---|---|---|
| 7 | 17" Dell Monitors | 1 Days | | |
| 1 | Wolfvision Doc Camera | 1 Days | | |
| 2 | Vga Swtich 6x1 | 1 Days | | |
| 1 | Projector 7000 Lumens | 1 Days | | |
| 1 | Projecotor Stand | 1 Days | | |
| 1 | Hp Printer 4350 | 1 Days | | |
| 1 | Fender Sound System | 1 Days | | |
| 2 | Audio Caps | 1 Days | | |
| 2 | Vga da 1x8 | 1 Days | | |
| 1 | Cable Package Courtroom | 1 Days | | |
| 1 | 7x10 Fast Fold Screen | 1 Days | | |
| | | Total | | |

**LABOR**

| Quantity | Employee | Task | Duration | Rate | Subtotal |
|---|---|---|---|---|---|
| 3 | Court Room Setup | Court Room Setup | 3 Hours | | |
| | | Total LABOR | | | |

**Delivery/Misc**

| Quantity | Description | | Price | Subtotal |
|---|---|---|---|---|
| 1 | Desc | | | |
| | Total Delivery/Misc | | | |

(invoice totals on page 2)

# EXHIBIT A