United States District Court
Northern District of California

1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA for the use of TECHNO COATINGS, INC., a California corporation, | Case No. 5:12-cv-04044 HRL |
|---|---|
| Plaintiff, | **ORDER TO SHOW CAUSE RE SETTLEMENT** |
| v. | |
| AMEC ENVIRONMENT & INFRASTRUCTURE, INC., a Nevada corporation formerly known as AMEC EARTH & ENVIRONMENTAL, INC.; FIDELITY AND DEPOSIT COMPANY OF MARYLAND; a Maryland corporation; and THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA a Pennsylvania corporation, | |
| Defendants. | |
| AMEC ENVIRONMENT & INFRASTRUCTURE, INC., a Nevada corporation, | |
| Counterclaimant, | |
| v. | |
| TECHNO COATINGS, INC., a California corporation, | |
| Counterdefendant. | |

The parties having filed a notice of settlement, the trial and all other previously scheduled deadlines and appearances are vacated.

**On or before March 14, 2014**, the parties shall file a stipulated dismissal pursuant to Fed. R. Civ. P. 41(a).  If a dismissal is not filed by that date, then the parties shall appear in Courtroom 2, 5th Floor of the United States District Court, 280 South First Street, San Jose, California on **March 25, 2014, 10:00 a.m.** and show cause, if any, why the case should not be dismissed pursuant to Fed. R. Civ. P. 41(a).  Additionally, the parties shall file a statement in response to this Order to Show Cause no later than **March 18, 2014**, advising as to (1) the status of the activities of the parties in finalizing settlement; and (2) how much additional time, if any, is requested to finalize the settlement and file the dismissal.  If a dismissal is filed as ordered, the Order to Show Cause hearing will be automatically vacated and the parties need not file a statement in response to this Order.

**SO ORDERED**.

Dated:   February 14, 2014

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

2

5:12-cv-04044-HRL Notice has been electronically mailed to:

David Drew Lyle Brandon     dbrandon@mpplaw.com

Douglas Clyde Purdy     dpurdy@mpplaw.com, scontreras@mpplaw.com

John Richard Welch     welch@carneylaw.com, jensen@carneylaw.com

Martha Eager     eager@mmlawyers.com

Patrick John Duffy , III     duffy@mmlawyers.com, raspa@mmlawyers.com

Raina Laurie Richter     rrichter@mpplaw.com, mkelley@mpplaw.com

Steven Michael Morger     smorger@wendel.com, smorger@comcast.net, tgan@wendel.com